IRENE K. YESOWITCH (State Bar No. 111575)
GARY A. BARRERA (State Bar No. 244073)
**MECKLER BULGER TILSON MARICK & PEARSON LLP**
575 Market Street, Suite 2200
San Francisco, CA  94105
Tel: (415) 593-9633 / Fax: (415) 644-0978
irene.yesowitch@mbtlaw.com
gary.barrera@mbtlaw.com

Attorneys for Plaintiff
EVANSTON INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA-FRESNO DIVISION

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, an Illinois corporation<br><br>Plaintiff,<br><br>vs.<br><br>NORTH AMERICAN CAPACITY INSURANCE COMPANY, a New Hampshire corporation<br><br>Defendant. | CASE NO.: 1:13-CV-01365-AWI-SAB<br><br>**ORDER GRANTING STIPULATION TO ALLOW PLAINTIFF EVANSTON INSURANCE COMPANY TO SERVE ADDITIONAL INTERROGATORIES** |

**ORDER**

Based upon the Stipulation of Plaintiff EVANSTON INSURANCE COMPANY ("Evanston") and Defendant NORTH AMERICAN CAPACITY INSURANCE COMPANY ("NAC") to allow Evanston to serve additional written interrogatories upon NAC in excess of the twenty-five (25) written interrogatory limit imposed by Federal Rule of Civil Procedure 33(a)(1), filed with this Court on February 7, 2014, the Court HEREBY ORDERS:

/ / /

/ / /

1. The Stipulation is GRANTED. Evanston may serve additional written interrogatories upon NAC in excess of the twenty-five (25) written interrogatory limit imposed by Federal Rule of Civil Procedure 33(a)(1).

IT IS SO ORDERED.

Dated: **February 19, 2014**

UNITED STATES MAGISTRATE JUDGE