# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANSON INSURANCE COMPANY, | 1:13-cv-01365-AWI-SAB |
| Plaintiff, | **ORDER VACATING HEARING DATE AND TAKING MATTER UNDER SUBMISSION** |
| v. | |
| NORTH AMERICAN CAPACITY INSURANCE COMPANY, | |
| Defendant. | |

On March 6, 2014, Defendant North American Capacity Insurance Company filed a motion to for summary judgment. Plaintiff Evanston Insurance Company filed an opposition on March 24, 2014. Defendant filed a reply on March 28, 2014. The motion is set for hearing before this Court on Monday, April 7, 2014 at 1:30 p.m.. Having reviewed the pleadings of record and all competent and admissible evidence submitted, the Court finds this matter suitable for decision without oral argument.  *See* Eastern District Local Rule 230(g).  The hearing date of April 7, 2014 is hereby VACATED and the parties shall not appear at that time.  The Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:   March 31, 2014

SENIOR  DISTRICT  JUDGE

1