**GRIMM, VRANJES & GREER LLP**
GREGORY D. STEPHAN, Esq. / SBN: 134906
E-mail: GStephan@gvgllp.com
550 West C Street, Suite 1100
San Diego, CA 92101-3532
Tel: (619) 231-8802 Fax: (619) 233-6039

Attorneys for Defendant
NORTH AMERICAN CAPACITY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>NORTH AMERICAN CAPACITY INSURANCE COMPANY, a New Hampshire corporation,<br><br>Defendant. | Case No.: 1:13-CV-01365-AWI-SAB<br><br>**STIPULATION AND ORDER RE: CONTINUANCE OF DATES**<br><br><br>Complaint Filed: 08/26/13<br>Trial Date:        03/03/15 |

On October 16, 2014, plaintiff EVANSTON INSURANCE COMPANY ("EVANSTON") and defendant NORTH AMERICAN CAPACITY INSURANCE COMPANY ("NAC") filed their respective cross-Motions for Summary Judgment with the court. Those Motions have been taken under submission by the court for final ruling. As the parties believe that the ruling on the cross-Motions for Summary Judgment is likely to be dispositive of the Trial of the action, plaintiff EVANSTON and defendant NAC hereby stipulate, agree, and request that the current Pre-Trial Conference date of January 21, 2015 be continued to a date no sooner than 30 days after the court's ruling on the dispositive cross-Motions for Summary Judgment, and that the Trial date of

March 3, 2015 be vacated and that a new Trial date be set accordingly.

    IT IS SO STIPULATED.

Dated:  December 30, 2014        MECKLER BULGER TILSON
                                          MARICK PEARSON LLP

                                      By: *Michael W. Melendez*
                                          MICHAEL W. MELENDEZ
                                          Attorneys for Plaintiff
                                          EVANSTON INSURANCE COMPANY

Dated:  December 30, 2014        GRIMM, VRANJES & GREER LLP

                                          By: *Gregory D. Stephan*
                                          GREGORY D. STEPHAN
                                          Attorneys for Defendant
                                          NORTH AMERICAN CAPACITY
                                          INSURANCE COMPANY

**ORDER**

    The Pre-Trial Conference date of January 21, 2015, the Trial date of March 3, 2015, and all dates and orders relating to trial are VACATED.  Once the motions for summary judgment have been ruled upon, the parties will contact the Magistrate Judge's Courtroom Deputy for a new Scheduling Conference hearing date.

IT IS SO ORDERED.

Dated:   December 30, 2014                           _____
                                                          SENIOR DISTRICT JUDGE